McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-CV-02538-TLN-DB |
| Plaintiff, | |
| v. | ORDER TO EXTEND THE DEADLINE TO SUBMIT A JOINT STATUS REPORT FROM FEBRUARY 5, 2018 TO MAY 4, 2018 |
| APPROXIMATELY $8,000.00 IN U.S. CURRENCY, | |
| Defendant. | |

Pursuant to the United States' Request to Extend the Deadline to file a Joint Status Report, the Court finds that there is good cause to extend the deadline to file a Joint Status Report from February 5, 2018 to May 4, 2018.

IT IS SO ORDERED.

Dated: January 18, 2018

_____
Troy L. Nunley
United States District Judge